IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHARA LYNN BAILEY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>　　　　Defendant. | Case No. 1:21-cv-00465-BLW<br><br>**ORDER GRANTING STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER OR RESPONSIVE PLEADING** |

The Court having reviewed the Stipulation for Extension of Time to File Answer or Responsive Pleading (Dkt. 8) and good cause appearing,

IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc.'s time to respond to Plaintiff's Complaint (Dkt. 1) in this action shall be extended to January 18, 2022.

DATED: December 15, 2021

B. Lynn Winmill
U.S. District Court Judge

ORDER - 1