# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHARA LYNN BAILEY,<br><br>            Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>            Defendant. | Case No.: **1:21-cv-00465-BLW**<br><br>**ORDER GRANTING JOINT STIPULATION TO AMEND SCHEDULING ORDER TO ENLARGE CASE DEADLINES** |

This matter is before the Court on the Parties' Joint Stipulation to Amend Scheduling Order to Enlarge Case Deadlines ("Motion")(Dkt. 44).

Having considered the Motion, and good cause appearing, the motion is hereby **GRANTED**.

**PURSUANT TO THE MOTION, IT IS SO ORDERED** that the case deadlines within the Scheduling Order (Dkt. 17) and Joint Discovery Plan (Dkt. 13) are amended as follows:

1. Expert identities by Plaintiff and Experian on or before **September 12, 2022**.

2. Expert disclosures by Plaintiff and Experian on or before **October 12, 2022**.

3.   Rebuttal identities and disclosures by Plaintiff and Experian on or before **October 26, 2022**.

DATED: September 8, 2022

B. Lynn Winmill
United States District Judge