Jenna Dakroub, MN # 0401650
(Admitted *pro hac vice*)
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

John O. Avery 3407
Avery Law Office
770 South Woodruff Avenue
Idaho Falls, ID  83401
Telephone: (208) 524-3020
Facsimile: (208) 524-2051

David A. Chami, AZ #027585
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com
*Attorneys for Plaintiff*
*Shara Lynn Bailey*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHARA LYNN BAILEY,<br><br>                    Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>                    Defendant. | Case No.: 1:21-cv-00465-BLW<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

      **NOTICE IS HEREBY GIVEN** that Plaintiff Shara Lynn Bailey and Defendant Experian

Information Solutions, Inc. ("Experian"), have resolved the claims between them in this matter.

The parties are in the process of finalizing the terms and performance attendant to that resolution.

1

The parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers. In the interim, the Parties ask that the Court vacate all deadlines in this matter, as there are no remaining Defendants. Plaintiff further requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

RESPECTFULLY SUBMITTED this 25th day of March 2024,

By: */s/ Jenna Dakroub*
Jenna Dakroub, MN # 0401650
(Admitted *pro hac vice*)
CONSUMER ATTORNEYS
8245 N. 85th Way
Scottsdale, AZ 85258
T: (602) 807-1525
F: (718) 715-1750
E: jdakroub@consumerattorneys.com

John O. Avery 3407
Avery Law Office
770 South Woodruff Avenue
Idaho Falls, ID  83401
Telephone: (208) 524-3020
Facsimile: (208) 524-2051

David A. Chami, AZ #027585
(Admitted *pro hac vice*)
**CONSUMER ATTORNEYS**
8245 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-2359
F: (718) 715-1750
E: dchami@consumerattorneys.com

*Attorneys for Plaintiff,*
*Shara Lynn Bailey*

///

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter.

*/s/ Tatiana Nowak*