UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| SHARA LYNN BAILEY,<br><br>        Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>        Defendant. | Case No. 1:21-cv-00465-BLW<br><br>ORDER RE: STIPULATION OF DIMISSAL WITH PREJUDICE |

Pursuant to the Stipulation of Dismissal With Prejudice (Dkt. 86), signed by Plaintiff and Defendant, through counsel, all claims and defenses asserted in this action are automatically dismissed with prejudice, and this case is terminated in its entirety. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997) (dismissal under Rule 41(a)(1)(A) is automatic, without court order). The Clerk is directed to close this case.

DATED: April 23, 2024

_____
B. Lynn Winmill
U.S. District Court Judge

**ORDER RE: STIPULATION OF DISMISSAL WITH PREJUDICE - 1**